UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| CHARLES F. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 09-50-ART |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **JUDGMENT** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

(1)     The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

(2)     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay;

(3)     All issues properly raised herein having been resolved, this action is **DISMISSED WITH PREJUDICE**; and

(4)     This matter is **STRICKEN** from the Court's active docket.

This the 27th day of October, 2009.



Signed By:

_**Amul R. Thapar**_

**United States District Judge**